IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Neopart, A division of Neoplan USA Corp. | : CIVIL ACTION |
| v. | : |
| Skyliner Travel & Tour Bus Corp. | : No. 02-4862 |

### NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on Tuesday, January 14, 2003.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

By:_____
Tashia C. Irving
Deputy Clerk
Phone: 267-299-7071

Date: September 18, 2002

Copies:    Patricia Callahan, Courtroom Deputy to Judge Berle M. Schiller
Docket Clerk - Case File

   Counsel:    Virginia Lynn Hogben, Esq.
   Theodore M. Schaer, Esq.

ARB2.FRM