IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Neopart, a division of Neoplan USA Corp. | : CIVIL ACTION |
| v. | : |
| Skyliner Travel & Tour Bus Corp. | : No. 02-4862 |
| | : |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on * Wednesday, January 15, 2003. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.** NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

* Case Continued from 1/14/03

By:_____
Tashia C. Irving
Deputy Clerk
Phone: 267-299-7071

Date: December 26, 2002

Copies:   Patricia Callahan, Courtroom Deputy to Judge Berle M. Schiller
Docket Clerk - Case File

   Counsel:   Virginia Lynn Hogben, Esq.
   Theodore M. Schaer, Esq.

ARB2.FRM